| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHI SOO KIM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Defendant Dr. Mark T. Esper,<br>Secretary of the United States Army |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN COX, | CASE NO. 2:18-cv-02110 MCE-CKD PS |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |
| v. | |
| MARK T. ESPER, SECRETARY OF THE UNITED STATES ARMY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Dr. Mark T. Esper was sworn in as the Secretary of the United States Army on November 20, 2017, and pursuant to Fed. R. Civ. P. 26 (d)(1), Dr. Mark T. Esper is substituted as defendant for Ryan D. McCarthy, and all further proceedings in this action "shall be in the name of the substituted party."

////

////

////

////

////

////

////

////

DATED: October 5, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

_/s/ Chi Soo Kim_
CHI SOO KIM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE