| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | CHI SOO KIM |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

Attorneys for Defendant Dr. Mark T. Esper,
Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX, | CASE NO. 2:18-cv-02110 MCE-CKD PS |
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING SCHEDULING** |
| v. | |
| MARK T. ESPER, SECRETARY OF THE UNITED STATES ARMY, | |
| Defendant. | |

Defendant Mark T. Esper, Secretary of the United States Army, and Plaintiff Kevin Cox respectfully propose and stipulate to the schedule below. Defendant notified Plaintiff that Defendant intended to file a motion to dismiss the Complaint. Plaintiff subsequently filed a First Amended Complaint and Defendant intends to file a motion to dismiss the First Amended Complaint. Because Plaintiff lives in San Antonio, Texas, Plaintiff requests his telephonic appearance at the hearing on Defendant's motion to dismiss. The parties also request that the Status (Pretrial Scheduling) Conference currently scheduled for January 2, 2019 be vacated pending resolution of Defendant's motion to dismiss.

Proposed Schedule

| | |
|---|---|
| - Defendant's motion to dismiss the FAC | Fri. 11/16/2018 |
| - Plaintiff's opposition | Wed. 12/12/2018 |
| - Defendant's reply | Fri. 12/21/2019 |
| - Hearing (*Telephonic appearance by Plaintiff*) | Wed. 2/6/2019 |
| - Status (Pretrial Scheduling) Conference | To be determined after resolution of Defendant's motion to dismiss |

|   |   |   |
|---|---|---|
| DATED: October 26, 2018 | | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney<br><br>  */s/ Chi Soo Kim*  <br>CHI SOO KIM<br>Assistant United States Attorney |
| DATED: October 26, 2018 | |   */s/ Kevin Cox*  (authorized 10/26/2018)  <br>KEVIN COX<br>Plaintiff |

**ORDER**

IT IS SO ORDERED. The Clerk of Court shall vacate the January 2, 2019 status conference, to be reset as needed. Plaintiff may appear telephonically at the hearing on defendant's motion to dismiss.

Dated: October 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE