UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK T. ESPER,<br><br>    Defendant. | No. 2:18-cv-02110 MCE CKD (PS)<br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se. On August 1, 2018, this matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    Defendant has filed an answer to the First Amended Complaint, but there is currently no pretrial schedule in effect. (See ECF No. 33.) Good cause appearing, the court will order the parties to file status reports and proposed pretrial dates, including discovery and dispositive motion deadlines. The parties are strongly encouraged to submit a joint proposal if possible. The parties need not propose deadlines beyond the dispositive motion deadline at this time.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. No later than thirty (30) days from the date of this order, the parties shall file reports on the status of this litigation and any pertinent issues, including whether a settlement conference would be beneficial at this time.
2. No later than thirty (30) days from the date of this order, the parties shall file proposed pretrial deadlines as described above.

Dated: March 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/cox2110.order