UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK T. ESPER,<br><br>　　　　Defendant. | No. 2:18-cv-02110 MCE CKD (PS)<br><br><br>ORDER |

This civil rights action proceeds on the First Amended Complaint filed October 15, 2018. (ECF No. 23.) Defendant has filed an answer. (ECF No. 33.) Pursuant to the parties' joint status report, filed April 18, 2019, the court sets the following deadlines for this litigation.

The parties have elected to proceed in phased discovery, with the first phase limited to exhaustion-related documents. Upon review of Phase I discovery, defendant will decide whether to file an early motion for summary judgment. If not, the case will proceed to merits discovery, with further deadlines to be set at that time. (See ECF No. 36.)

Accordingly, IT IS HEREBY ORDERED that the following deadlines are set:

1. Initial disclosures are due May 31, 2019;
2. Phase I discovery (limited to exhaustion) is to be exchanged by July 19, 2019;
3. Early dispositive motions are to be filed by August 14, 2019, or, in the alternative, defendant is to notify plaintiff by this date that he will not file an early dispositive

motion;

4. The party filing an early dispositive motion will notice the motion for hearing at that time; and

5. All other dates, including Phase II discovery deadlines, will be set as needed.

Dated: April 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/cox2110.order_sched