McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Ryan D. McCarthy,
Acting Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>              Plaintiff,<br><br>       v.<br><br>RYAN D. McCARTHY, ACTING SECRETARY OF THE UNITED STATES ARMY,<br><br>              Defendant. | CASE NO. 2:18-cv-02110 MCE-CKD PS<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that Ryan D. McCarthy was sworn in as the Acting Secretary of the United States Army on July 23, 2019, and pursuant to Fed. R. Civ. P. 26 (d)(1), Ryan D. McCarthy is substituted as defendant for Dr. Mark T. Esper, and all further proceedings in this action "shall be in the name of the substituted party."

                                            Respectfully submitted,

DATED: August 6, 2019            M<small>C</small>GREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Chi Soo Kim*
                                            CHI SOO KIM
                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 cox2110.substitution.order