McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant Ryan D. McCarthy,
Acting Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX, <br><br> Plaintiff, <br><br> v. <br><br> RYAN D. MCCARTHY, ACTING SECRETARY OF THE UNITED STATES ARMY, <br><br> Defendant. | CASE NO. 2:18-cv-02110 MCE-CKD PS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

Defendant Ryan D. McCarthy, Acting Secretary of the United States Army, and Plaintiff Kevin Cox respectfully propose and stipulate to modify the schedule set in the April 24, 2019 Order [ECF No. 37] as set forth below. There is good cause to modify the briefing schedule to allow the parties sufficient time to address Phase I discovery issues.

| | Current | Proposed |
|---|---|---|
| - Early dispositive motion or notice to Plaintiff | Aug. 14, 2019 | Oct. 18, 2019 |
| - Plaintiff's opposition | n/a | Nov. 8, 2019 |
| - Defendant's reply | n/a | Nov. 22, 2019 |

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: August 13, 2019      McGREGOR W. SCOTT
United States Attorney

    /s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney

DATED: August 13, 2019      /s/ Kevin Cox    (authorized 8/13/19)
KEVIN COX
Plaintiff

## ORDER

IT IS HEREBY ORDERED that the following deadlines are set:

1. Early dispositive motions are to be filed by October 18, 2019, or, in the alternative, defendant is to notify plaintiff **and the court** by this date that he will not file an early dispositive motion.

2. The opposing party's opposition to any dispositive motion filed by October 18, 2019, will be due November 8, 2019, and the moving party's reply will be due November 22, 2019; and

3. The party filing an early dispositive motion will notice the motion for hearing at that time; and

4. All other dates, including Phase II discovery deadlines, will be set as needed.

Dated: August 19, 2019

                          /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 cox2110.stipulation

*Cox v. Esper,* No. 2:18-cv-02110 MCE-CKS PS
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING